■ In the Matter of JOHN J. SWEENEY, Admitted as JOHN J. SWEENEY, JR., a Disbarred Attorney.—Motion granted, the report of the Hearing Panel confirmed, and the name of petitioner restored to the roll of attorneys and counselors-at-law and he is reinstated as a member of the Bar and admitted to practice in all of the courts of this State, effective March 26, 1992. Cross-motion to disaffirm the report is denied. Concur—Carro, J. P., Wallach, Kupferman, Kassal and Rubin, JJ.